# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ANN DALTON and AMBITCHOUS, LLC, a Utah limited liability company, | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 4:26-cv-240 |
| | § | Judge Mazzant |
| PP HOLDINGS CO. INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court are Defendants LaCore Enterprises, LLC, PP Holdings Co., Inc, Terry LaCore, Jenifer Grace, and Anna Brooks Motion to Re-Urge Motions Pending at Time of Transfer (Dkt. #147); and Defendant Mike Lohner's Motion to Re-Urge Motion for Summary Judgment (Dkt. #151). Having considered both motions and the relevant pleadings, the Court finds that both motions should be **DENIED as moot.**

On March 9, 2026, Judge Godbey transferred the above-styled case to the Eastern District of Texas (Dkt. #140). On April 27, 2026, Plaintiff filed a motion to refer the case to the bankruptcy court (Dkt. #142). That motion was granted on October 5, 2026 (Dkt #152).

Pursuant to LR CV-7(j), other than in a prisoner case, any motion pending in the transferor district is considered moot. LR CV-7(j). It is therefore **ORDERED** that Defendants LaCore Enterprises, LLC, PP Holdings Co., Inc, Terry LaCore, Jenifer Grace, and Anna Brooks Motion to Re-Urge Motions Pending at Time of Transfer (Dkt. #147); and Defendant Mike Lohner's Motion to Re-Urge Motion for Summary Judgment (Dkt. #151) are hereby **DENIED as moot.**

**IT IS SO ORDERED.**

**SIGNED this 5th day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE